RAFAEL M. GONZALEZ, JR.
ACTING UNITED STATES ATTORNEY
KEVIN T. MALONEY, IDAHO STATE BAR NO. 5095
JUSTIN D. WHATCOTT, IDAHO STATE BAR NO. 6444
ASSISTANTS UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE:  (208) 334-1413

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>RONALD LALLATIN,<br><br>　　　　Defendant. | Case No. CR-17-020-S-BLW<br><br>**MOTION FOR AMENDED PRELIMINARY ORDER OF FORFEITURE, FINAL AS TO DEFENDANT**[1]<br><br>**Final Order of Forfeiture:**<br>[ X ] anticipated<br>[    ] not anticipated |

COMES NOW the United States of America, by and through Rafael M. Gonzalez, Jr.,

Acting United States Attorney, and the undersigned Assistant United States Attorney for the

District of Idaho, Kevin T. Maloney, and hereby requests that the Court amend its Preliminary

---

[1] A Preliminary Order of Forfeiture is final as to the Defendant.  Fed. R. Crim. P. 32.2(b)(4).  Thus, in many cases, a Final Order of Forfeiture is unnecessary.  In some cases, the United States will seek a Final Order of Forfeiture to resolve third party interests or other issues.  This Motion caption provides notice whether the United States currently anticipates moving for a Final Order of Forfeiture.  In some cases, that intent may change.

MOTION FOR AMENDED PRELIMINARY ORDER OF FORFEITURE, FINAL AS TO DEFENDANT - 1

Order of Forfeiture, Final as to Defendant (ECF No. 17) to correct the description of an erroneously described item of property. This motion is based upon the following:

On April 27, 2017, this Court entered a Preliminary Order of Forfeiture, Final as to Defendant (ECF No. 17 – filed February 7, 2017), based on the Rule 11 Plea Agreement of RONALD LALLATIN (ECF No. 2), and the factual basis set out therein, ordering the defendant to forfeit to the United States any property constituting proceeds of, or involved in or used or intended to be used in commission of, the defendant's violation of 18U.S.C. § 2252A(a)(5)(B), and any property traceable to such property, including, but not limited to, one laptop computer, eight thumb drives, and one memory card that contained images and/or videos of child pornography.

The property listed as Item #6 in the Preliminary Order of Forfeiture, a Centon Datastick Pro 16 GB Memory Card, serial number 5590667, bearing a manufacturer's trade label "Made in China," was erroneously described. It is more accurately described as a Centon Datastick Pro 32 GB USC thumb drive, serial number 1603, bearing a manufacturer's trade label "Made in China." Nevertheless, because this thumb drive contained images and/or videos of child pornography, it is still subject to forfeiture pursuant to the Information (ECF No. 6) and Plea Agreement (ECF No. 2), both of which provide for forfeiture of "any property" used to commit or promote the offense. The United States hereby requests that the Court issue an amended preliminary order of forfeiture that reflects the corrected description of this property.

The Court's jurisdiction in this matter is founded upon 18 U.S.C. § 2253, which provides that with respect to any person convicted of a violation of 18 U.S.C. § 2252A, such person:

> [S]hall forfeit to the United States such person's interest in - any visual depiction…or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or

MOTION FOR AMENDED PRELIMINARY ORDER OF FORFEITURE, FINAL AS TO DEFENDANT - 2

received in violation of this chapter; any property…constituting or traceable to gross profits or other proceeds obtained from such offense; and any property...used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

Upon issuance by the Court of an amended order of forfeiture, the United States will provide written notice to all third parties asserting a legal interest in the below-described property and will publish notice for thirty (30) consecutive days on www.forfeiture.gov of the Court's Order and the United States' intent to dispose of the property in such manner as directed by law.

WHEREFORE, the United States respectfully requests that this Court enter judgment of criminal forfeiture pursuant to the record herein, including the Rule 11 Plea Agreement, and the authority above-stated, by issuing the proposed Amended Preliminary Order of Forfeiture, Final as to Defendant, forfeiting to the United States the right, title and interest of the defendant above named as to the following Subject Property:

**Subject Property:**

1. An ASUS Model K53E laptop computer, serial number BAN0AS337316417, containing a Western Digital 500 GB Hard Drive, serial number WXD1A91C9645, bearing a manufacturer's trade label "Product of Malaysia;"

2. A Kingston Data Traveler G3 16 GB USB thumb drive, serial number 5590667, bearing a manufacturer's trade label "Made in China;"

3. A Kingston Data Traveler G3 16 GB USB thumb drive, serial number 5657584, bearing a manufacturer's trade label "Made in China;"

4. A Kingston Data Traveler G3 16 GB USB thumb drive, serial number 5580867, bearing a manufacturer's trade label "Made in China;"

5. A Kingston Data Traveler G3 16 GB USB thumb drive, serial number 5864525, bearing a manufacturer's trade label "Made in China;"

6. Centon Datastick Pro 32 GB USC thumb drive, serial number 1603, bearing a manufacturer's trade label "Made in China;"

7. A Sandisk Cruzer SDCZ6 4 GB USB thumb drive, serial number BH0805KC1B, bearing a manufacturer's trade label "Made in China;"

8. A Kingston Data Traveler G3 16 GB USB thumb drive, serial number 5568429, bearing a manufacturer's trade label "Made in China;"

9. A Kingston DT101G2 128 GB USB thumb drive, serial number 6473831, bearing a manufacturer's trade label "Made in China;" and

10. A Kingston DTSE9H 64 GB USB thumb drive, serial number 7255789, bearing a manufacturer's trade label "Made in China."

**Substitute Assets:** If any of the properties and interests described above as being subject to forfeiture, as a result of any action or omission of the defendant above named:

1. Cannot be located upon the exercise of due diligence;

2. Has been transferred or sold to, or deposited with, a third person;

3. Has been placed beyond the jurisdiction of the court;

4. Has been substantially diminished in value; or

5. Has been commingled with other property which cannot be subdivided without

difficulty; it is the intention of the United States, pursuant to 21 U.S.C. § 853(p) to seek forfeiture of any other property of the said defendant up to the value of the forfeitable properties and interest herein.

It is further requested that the Court order that the United States Immigration and Customs Enforcement, and/or its agents, immediately seize the above-described property and, upon sentencing of the defendant, completion of the notice requirements as set forth in 21 U.S.C. § 853(n), and Rule 32.2(c), and entry of a final order of forfeiture, to dispose of the forfeited property in accordance with the law.

It is further requested that the United States be authorized, pursuant to Fed. R. Crim. P. 32.2(b)(3) and 32.2(c)(1)(B), to conduct any discovery, including depositions, necessary to (1) identify, locate or dispose of the property ordered forfeited herein, any property traceable thereto, or any property that may be forfeited as substitute assets; and (2) to expedite ancillary proceedings related to any third party interests claimed pursuant to Section 853(n) herein. Such discovery shall be in accordance with the Federal Rules of Civil Procedure.

Pursuant to Fed. R. Crim. P. 32.2(b)(4), the Amended Preliminary Order of Forfeiture, Final as to Defendant shall be made final as to the defendant and shall be made part of the sentence and included in the judgment at the time of sentencing.

A proposed amended preliminary order of forfeiture is being submitted to the Court via email.

Respectfully submitted this 2nd day of June, 2017.

RAFAEL M. GONZALEZ, JR.
ACTING UNITED STATES ATTORNEY
By:


  /s/ Kevin T. Maloney
KEVIN T. MALONEY
Assistant United States Attorney

MOTION FOR AMENDED PRELIMINARY ORDER OF FORFEITURE, FINAL AS TO DEFENDANT - 5

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 2, 2017, the foregoing **MOTION FOR AMENDED PRELIMINARY ORDER OF FORFEITURE, FINAL AS TO DEFENDANT** was electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following person(s) by:

| | |
|---|---|
| Samuel Richard Rubin<br>702 West Idaho Street, Suite 1000<br>Boise, ID 83702<br>dick_rubin@fd.org<br><br>Melissa Winberg<br>702 W. Idaho Street, Suite 100<br>Boise, ID 83702<br>melissa_winberg@fd.org | ☐ United States Mail, postage prepaid<br>☐ fax<br>☒ ECF filing<br>☒ email |

                                                                      /s/ Julie Christine
                                                                      Julie Christine